Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  17−20440−VFP
    Chapter:  13
    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Debra C Salaam
   44 Ivy Street
   Newark, NJ 07106

Social Security No.:
   xxx−xx−6652

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/3/18 at 11:00 AM

to consider and act upon the following:

**45** − Creditor's Certification of Default (related document:31 Consent Order) filed by Sean M. O'Brien on behalf of BANK OF AMERICA, N.A.. Objection deadline is 04/5/2018. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit) (O'Brien, Sean)

**49** − Certification in Opposition to Creditor Certification of Default (related document:45 Creditor's Certification of Default (related document:31 Consent Order) filed by Sean M. O'Brien on behalf of BANK OF AMERICA, N.A.. Objection deadline is 04/5/2018. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit) (O'Brien, Sean) filed by Creditor BANK OF AMERICA, N.A.) filed by Stuart M. Nachbar on behalf of Debra C Salaam. (Nachbar, Stuart)

Dated: 4/12/18

                                         Jeanne Naughton
                                         Clerk, U.S. Bankruptcy Court