Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−20440−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Debra C Salaam
   44 Ivy Street
   Newark, NJ 07106

Social Security No.:
   xxx−xx−6652

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/30/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 30, 2018
JAN: jf

                                              Jeanne Naughton
                                              Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                               Case No. 17-20440-VFP
Debra C Salaam                                                       Chapter 13
          Debtor                 CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 3           Date Rcvd: May 30, 2018
                             Form ID: 148             Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db            +Debra C Salaam,    44 Ivy Street,    Newark, NJ 07106-3633
cr            +BANK OF AMERICA, N.A.,    c/o Frenkel, Lambert, Weiss, Weisman & G,    80 Main Street, Suite 460,
                West Orange, NJ 07052-5414
516839265      American Sleep Medicine -LIV,    7900 Belfort Parkway - Suite 301,    Jacksonville, FL 32256-6978
517109119      Citibank, N.A.,   c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
516839276     +Citibank/Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
516839277     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
516839278     +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
516839296     +DSRM National Bank/Diamond Shamrock/Vale,    Po Box 631,    Amarillo, TX 79105-0631
517112082      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
516839300     +NJM Insurance Group,    301 Sullivan Way,    Trenton, NJ 08628-3406
516839308      Silhouettes,    Alliance Data,    8035 Corvera,    Lenexa, KS 66215
517059893     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516839324     +Tri-state Adjustments,    Attn:Collections/Bankruptcy,    Po Box 3219,    La Crosse, WI 54602-3219
516839325     +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
516839326     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 31 2018 00:15:22      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2018 00:15:20      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM May 31 2018 03:48:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,   Norfolk, VA 23541-1021
517001532      EDI: BANKAMER.COM May 31 2018 03:48:00      BANK OF AMERICA, N.A.,    PO Box 31785,
                Tampa, FL 33631-3785
516839266     +EDI: BANKAMER.COM May 31 2018 03:48:00      Bank Of America,   Nc4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
516839267     +EDI: BANKAMER.COM May 31 2018 03:48:00      Bank of America,   P.O. Box 31785,
                Tampa, FL 33631-3785
516839268      EDI: BANKAMER.COM May 31 2018 03:48:00      Bank of America Home Loans,   P.O. Box 5170,
                Simi Valley, CA 93062-5170
516839269     +EDI: TSYS2.COM May 31 2018 03:48:00      Barclays Bank Delaware,   100 S West St,
                Wilmington, DE 19801-5015
516839279      EDI: CKSFINANCIAL.COM May 31 2018 03:48:00      CKS Financial,   P.O. Box 2856,
                Chesapeake, VA 23327-2856
516839270     +EDI: CAPITALONE.COM May 31 2018 03:48:00      Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
516839271     +EDI: CAUT.COM May 31 2018 03:48:00      Chase Auto Finance,   National Bankruptcy Dept,
                201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516839272     +EDI: CHASE.COM May 31 2018 03:48:00      Chase Card,   Attn: Correspondence,    Po Box 15298,
                Wilmington, DE 19850-5298
516839275     +EDI: CHASE.COM May 31 2018 03:48:00      Chase Card Services,   Correspondence Dept,
                Po Box 15278,   Wilmington, DE 19850-5278
516839280     +EDI: WFNNB.COM May 31 2018 03:48:00      Comenity Bank,   Po Box 182125,
                Columbus, OH 43218-2125
516839281     +EDI: WFNNB.COM May 31 2018 03:48:00      Comenity Bank/Ashley Stewart,    Attn: Bankruptcy,
                Po Box 182125,   Columbus, OH 43218-2125
516839282     +EDI: WFNNB.COM May 31 2018 03:48:00      Comenity Bank/Avenue,   Po Box 182125,
                Columbus, OH 43218-2125
516839285     +EDI: WFNNB.COM May 31 2018 03:48:00      Comenity Bank/Lane Bryant,    Attn: Bankruptcy,
                Po Box 182125,   Columbus, OH 43218-2125
516839288     +EDI: WFNNB.COM May 31 2018 03:48:00      Comenity Bank/Roamans,   Attn: Bankruptcy,
                Po Box 182125,   Columbus, OH 43218-2125
516839283     +EDI: WFNNB.COM May 31 2018 03:48:00      Comenity Bank/dots,   Po Box 182125,
                Columbus, OH 43218-2125
516839284     +EDI: WFNNB.COM May 31 2018 03:48:00      Comenity Bank/kingsi,   Po Box 182125,
                Columbus, OH 43218-2125
516839290     +EDI: WFNNB.COM May 31 2018 03:48:00      Comenity Bank/womnwthn,   4590 E Broad St,
                Columbus, OH 43213-1301
516839292     +EDI: WFNNB.COM May 31 2018 03:48:00      Comenitycapital/bjsclb,   Comenity Bank,
                Po Box 182125,   Columbus, OH 43218-2125
516839293     +EDI: WFNNB.COM May 31 2018 03:48:00      Comenitycapital/mrsota,   Comenity Bank,
                Po Box 182125,   Columbus, OH 43218-2125
516839294     +EDI: WFNNB.COM May 31 2018 03:48:00      Comenitycapital/smplyb,   Comenity Bank,
                Po Box 182125,   Columbus, OH 43218-2125
516839295     +EDI: RCSFNBMARIN.COM May 31 2018 03:48:00      Credit One Bank Na,   Po Box 98873,
                Las Vegas, NV 89193-8873
```

```
District/off: 0312-2           User: admin                  Page 2 of 3                   Date Rcvd: May 30, 2018
                               Form ID: 148                 Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516839297      +EDI: BLUESTEM May 31 2018 03:48:00      Fingerhut,    6250 Ridgewood Rd,
                 St Cloud, MN 56303-0820
516839298      +EDI: CBSKOHLS.COM May 31 2018 03:48:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
517013288       EDI: RESURGENT.COM May 31 2018 03:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516839299      +E-mail/Text: bk@lendingclub.com May 31 2018 00:15:47      Lending Club Corp,     71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
517079213      +EDI: MID8.COM May 31 2018 03:48:00      Midland Funding LLC,    PO Box 2011,
                 Warren MI 48090-2011
516839301      +E-mail/Text: bankruptcy@njfcu.org May 31 2018 00:15:28      North Jersey Fcu,     711 Union Blvd,
                 Totowa, NJ 07512-2207
516897081       EDI: AGFINANCE.COM May 31 2018 03:48:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
516839304      +EDI: AGFINANCE.COM May 31 2018 03:48:00      Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
516839306      +E-mail/Text: bankruptcy@onlineis.com May 31 2018 00:15:49      Online Collections,     Po Box 1489,
                 Winterville, NC 28590-1489
517139026       EDI: PRA.COM May 31 2018 03:48:00      Portfolio Recovery Associates, LLC,     PO Box 41067,
                 Norfolk, VA 23541
517104462       EDI: PRA.COM May 31 2018 03:48:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517034323       EDI: Q3G.COM May 31 2018 03:48:00      Quantum3 Group LLC as agent for,
                 Velocity Investments LLC,    PO Box 788,    Kirkland, WA 98083-0788
517076734       EDI: Q3G.COM May 31 2018 03:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516839307      +E-mail/Text: bkdepartment@rtresolutions.com May 31 2018 00:15:31       Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
516839309      +EDI: RMSC.COM May 31 2018 03:48:00      Syncb/Klein Sleep,    Po Box 965064,
                 Orlando, FL 32896-5064
516839310      +EDI: RMSC.COM May 31 2018 03:48:00      Syncb/PLCC,    Attn: Bankruptcy,    Po Box 965064,
                 Orlando, FL 32896-5064
516839312      +EDI: RMSC.COM May 31 2018 03:48:00      Syncb/Toys ‘R’ Us,    Po Box 965005,
                 Orlando, FL 32896-5005
516839311      +EDI: RMSC.COM May 31 2018 03:48:00      Syncb/Toys ‘R’ Us,    Po Box 965064,
                 Orlando, FL 32896-5064
516842857      +EDI: RMSC.COM May 31 2018 03:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516839313      +EDI: RMSC.COM May 31 2018 03:48:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516839315      +EDI: RMSC.COM May 31 2018 03:48:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516839316      +EDI: RMSC.COM May 31 2018 03:48:00      Synchrony Bank/LA Weight Loss,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516839317      +EDI: RMSC.COM May 31 2018 03:48:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516839318      +EDI: RMSC.COM May 31 2018 03:48:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516890574      +E-mail/Text: bncmail@w-legal.com May 31 2018 00:15:30      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
516839320       EDI: TFSR.COM May 31 2018 03:48:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
516839319      +EDI: WTRRNBANK.COM May 31 2018 03:48:00      Target,    C/O Financial & Retail Srvs,
                 Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
                                                                                              TOTAL: 52

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516839289       Comenity Bank/womnwthn
516839273*     +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516839274*     +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516839286*     +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516839287*     +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516839291*     +Comenity Bank/womnwthn,    4590 E Broad St,    Columbus, OH 43213-1301
516839302*     +North Jersey Fcu,    711 Union Blvd,    Totowa, NJ 07512-2207
516839303*     +North Jersey Fcu,    711 Union Blvd,    Totowa, NJ 07512-2207
516839305*     +Onemain Financial/Citifinancial,    6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
517139027*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,      PO Box 41067,
                 Norfolk, VA 23541)
516839314*     +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516839321*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,      Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
516839322*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,      Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
```

```
District/off: 0312-2         User: admin              Page 3 of 3            Date Rcvd: May 30, 2018
                             Form ID: 148             Total Noticed: 67

           ***** BYPASSED RECIPIENTS (continued) *****
516839323*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                  Cedar Rapids, IA 52408)
516839327*     +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
516839328*     +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
516839329*     +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
                                                                                             TOTALS: 1, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
              Stuart M. Nachbar    on behalf of Debtor Debra C Salaam stuart@snanj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```